**Order entered March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00064-CV

**ROLAND SCOTT ARNELL, Appellant**

**v.**

**MONIKA ELIZABETH ARNELL, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-09155**

## ORDER

The parties are ordered to submit additional briefing with appropriate authorities and specific references to the appellate record on the jurisdictional issue[1]; specifically, whether the Swiss court has jurisdiction over the division of the property located at 16507 Dundrennan Lane in Dallas, Texas (the "Property"), whether the Swiss court has made a final determination concerning ownership of Property, if the Swiss court has jurisdiction, whether a Texas court has jurisdiction to enforce support orders against the Property, and whether this Court can consider the matters contained in appellant's Notice of Status of Related Proceedings, and if so, by what authority. Appellant and appellee shall submit this additional briefing by April 15, 2013.

---

[1] Supplemental materials were recently provided to the court, but only a portion of the materials were in English. Materials that are not in English do not assist the Court.

/s/ KERRY P. FITZGERALD
JUSTICE